## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TAYLOR SMITH,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:24-CV-02839** |
| | § | |
| **RICE UNIVERSITY, JENNIFER** | § | |
| **HUNTER, AND SEIICHI MATSUDA** | § | |
| *Defendants.* | § | |

### AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendants Rice University, Jennifer Hunter and Seiichi Matsuda (collectively, "Defendants") and Plaintiff Taylor Smith, through undersigned counsel, move for the entry of an agreed protective order to facilitate the production of confidential material. The parties seek to protect their legitimate privacy interests regarding records or information that may be sought during this litigation. Plaintiff and Defendants consent to entry of the proposed Protective Order attached to this Motion, pursuant to Fed. R. Civ. P. 26(c).

WHEREFORE, the parties pray that the Court issue the attached Agreed Protective Order.

*[signatures on following page]*

Respectfully submitted,

*/s/ Teresa Valderrama*
**TERESA VALDERRAMA**
State Bar No. 24022500
**EMMA BROCKWAY**
State Bar No. 24125156
**FISHER & PHILLIPS LLP**
910 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 292-0150 Phone
(713) 292-0151 Fax
tvalderrama@fisherphillips.com
ebrockway@fisherphillips.com

**ATTORNEYS FOR DEFENDANT**

AND

*/s/Leslie N. Oguchi*
**LESLIE N. OGUCHI**
State Bar No. 24081076
**OGUCHI LAW**
5903 Serrano Terrance Lane
Houston, Texas 77041
(713) 454-6612 Phone
Leslie.oguchi@oguchilaw.com

**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF CONFERENCE</u>

As counsel for Defendants, I hereby certify that during the Rule 26(f) conference and thereafter on the 1st day of November 2024 and on April 4, 2025, I conferred with Plaintiff's counsel regarding the relief requested in this Motion and the form of the proposed Protective Order, and I further certify that the Parties **agree** on the form of the Order and the necessity of its entry.

*/s/ Teresa Valderrama*
**TERESA VALDERRAMA**
**An Attorney for Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed on this the 4th day of April, 2025 via the Court's CM/ECF system, which generates a service copy on all enrolled counsel of record.

**LESLIE N. OGUCHI**
State Bar No. 24081076
**OGUCHI LAW**
5903 Serrano Terrance Lane
Houston, Texas 77041
Leslie.oguchi@oguchilaw.com

*/s/ Teresa Valderrama*
**TERESA VALDERRAMA**